UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVORA PARTNERS, LLC,

Plaintiff,

-v-

BRAND ENGAGEMENT NETWORK, INC.

Defendant.

---

26 Civ. 7517 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On September 2, 2026, Plaintiff moved for a preliminary injunction. Dkt. 5. By September 11, 2026, Plaintiff shall serve Defendant with the motion. Defendant shall then file its opposition by September 25, 2026, and Plaintiff shall file a reply, if any, by October 2, 2026.

SO ORDERED.

Dated: September 8, 2026
New York, New York

JOHN P. CRONAN
United States District Judge