**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EVORA PARTNERS, LLC,<br>Plaintiff,<br>v.<br>BRAND ENGAGEMENT NETWORK, INC.,<br>Defendant. | Case No. 26-cv-07517 |

# CONSENT JUDGMENT

Upon the Stipulation for Entry of Consent Judgment between Plaintiff Evora Partners, LLC ("Evora") and Defendant Brand Engagement Network, Inc. ("Defendant" or "BEN"), and the parties' consent thereto, it is hereby:

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Evora Partners, LLC and against Defendant Brand Engagement Network, Inc., in the principal amount of One Million Three Hundred Twelve Thousand Three Hundred Twenty-Five and 60/100 Dollars ($1,312,325.60), together with applicable post-judgment interest, and any attorneys' fees and costs incurred by Evora in connection with enforcing its rights and remedies under this judgment, the Settlement Agreement, the Stipulation for Entry of Consent Judgment, and/or the Amended Consulting Agreement (including, without limitation, all pre-judgment and post-judgment attorneys' fees and costs); and it is further

ORDERED that this Court has jurisdiction over the subject matter of this action and personal jurisdiction over the parties; and it is further

ORDERED that if any amount payable pursuant to this judgment is not paid when due, such overdue amount shall bear interest at a rate of 8% per annum; and it is further

ORDERED that, upon entry, this judgment may be immediately docketed, recorded, transcribed, registered, certified, domesticated, and renewed by Evora in any jurisdiction where the Defendant has an interest in real or personal property, and shall constitute a judgment lien against the Defendant's real and personal property to the fullest extent provided by applicable law; and it is further

ORDERED that this judgment shall be reduced by all payments indefeasibly paid to Evora under the Settlement Agreement; and it is further

ORDERED that satisfaction of this Judgment shall not be required unless and until the conditions set forth in Paragraph 7 of the Stipulation for Entry of Consent Judgment and Sections 3.2(g) and 3.2(n) of the Settlement Agreement have been satisfied

ORDERED that compliance with this judgment may be enforced by Evora and its successors in interest or assigns; and it is further

ORDERED that this Court shall retain jurisdiction over this action and the parties for the purpose of enforcing this consent judgment and the parties' Settlement Agreement.

SO ORDERED.

Dated: October 14, 2026
New York, New York

John P. Cronan, United States District Judge